AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>LESLIE ALEEN MAXEY<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 22-6017-STRAUSS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/19/2022__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1544 | Misuse of a U.S. Passport |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Howard Marcotte, Special Agent, Diplomatic Security Service
*Printed name and title*

Sworn in my presence by FACETIME Video

Date: 01/20/2022

*Judge's signature*

City and state:   Fort Lauderdale, Florida        Jared M. Strauss U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Howard Rucker Marcotte, Special Agent with the United States Department of State, Diplomatic Security Service ("DSS"), having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. As a Special Agent for DSS, I am currently assigned to the Miami Field Office in Miami, Florida. I have been employed with DSS since October 2008. My duties and responsibilities include conducting criminal investigations of counterfeit and fraudulently obtained passports and visas. I have received training in criminal investigations at the Federal Law Enforcement Training Center and the Diplomatic Security Training Center.

3. This affidavit is submitted in support of a criminal complaint charging Leslie Aleen MAXEY with Misuse of Passport, in violation of Title 18, United States Code, Section 1544.

4. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other sworn law enforcement officers involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest the defendant for the violations described above.

## PROBABLE CAUSE

5. On January 19, 2022, the DSS Miami Field Office was contacted by United States Customs and Border Protection (CPB) Officer Klaus Werle from the Fort Lauderdale International Airport (FLL) Port of Entry (POE) regarding MAXEY. CBP encountered MAXEY at FLL in Broward County within the Southern District of Florida as she attempted to enter the United States after arriving from Kingston, Jamaica on Spirit Airlines Flight #702.

6. MAXEY presented a CBP Officer with United States Passport number 661476217 in the name of "Diamond Chanelle Irving" (DCI) born September 4, 1993, in Texas. The CBP officer noted that MAXEY did not resemble the photo in DCI's passport. MAXEY was thereafter referred to secondary for further inspection.

7. During a Mirandized, custodial interview with CBP Officers, MAXEY admitted she traveled to Jamaica for her grandmother's funeral and to celebrate her birthday. MAXEY further admitted that the passport she presented upon entry into the United States, in the name DCI, was in fact her daughter's passport. She further claimed that she missed the window to apply for an emergency passport and used her daughter's passport to travel instead. According to MAXEY, she was born in Bay City, Texas and has never held a United States Passport in her true identity. During the interview, MAXEY presented Texas Driver's License number 13352653, in the name Leslie Aleen MAXEY and Texas Birth Certificate number 11127 in the name Leslie Aleen MONROE as proof her true identity.

## CONCLUSION

8. Based upon the above facts and circumstances, your affiant respectfully submits that probable clause exists to charge that on January 19, 2022, Leslie Aleen MAXEY did willfully

2

and knowingly misuse a United States Passport issued for the use of another, in violation of Title 18, United States Code, Section 1544.

*FURTHER YOUR AFFIANT SAYETH NAUGHT*

Howard Rucker Marcotte
SPECIAL AGENT
DIPLOMATIC SECURITY SERVICE

Sworn and subscribed before me via Facetime this 20th day of January, 2022.

Hon. Jared M. Strauss
United States Magistrate Judge

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

BOND RECOMMENDATION

Defendant:   LESLIE ALEEN MAXEY

  $250,000 Personal Surety Bond w/co-signer

By: _____
AUSA Marc S. Anton

Last Known Address:   Broward County Jail

What Facility:

Agent(s):   Special Agent Howard Marcotte, DSS